AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
September 26, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CM_____
DEPUTY

United States of America
v.
Laurent Lant

*Defendant(s)*

Case No. SA-25-MJ-1357

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 6, 2025 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Money or Property |
| | Maximum penalties: 0-10 years imprisonment, up to $250,000 fine, up to 3 years supervised release. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

RAYOS.RAY.ARNOLD.JR.1634596697
Digitally signed by RAYOS.RAY.ARNOLD.JR.1634596697
Date: 2025.09.25 15:46:32 -05'00'

*Complainant's signature*

Ray Rayos Jr., Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date: September 26, 2025

*Judge's signature*

City and state: San Antonio, Texas

Elizabeth S. Chestney, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Ray Rayos Jr., and I am a Special Agent with Department of the Army Criminal Investigations Division ("Army CID"), with whom I have been employed since 2024. I have attended the Federal Law Enforcement Training Center for the Criminal Investigation Training Program and the Special Agent Basic Training Program, during which I completed over 800 hours of training.

At all relevant times in this complaint, Laurent Lant was the Chief of Banking, Investments, and Insurance for Installation Management Command ("IMCOM") at Fort Sam Houston, within the Western District of Texas. As part of his duties, Lant had the ability to make electronic transfers of funds from various bank accounts belonging to the United States Army. However, these transfers could only be made for a valid and authorized purpose. The funds within these accounts belong to the United States. Law enforcement authorities, including agents at Army CID, learned that transfers of funds were made from accounts intended for use by the United States Army's Family and Morale, Welfare and Recreation programs to a Bank of America business account in the name of Zurich Consulting, LLC, which is solely owned by Lant.

I have reviewed the certificate of formation for Zurich Consulting, LLC, filed with the Texas Secretary of State on or about February 3, 2025. The certificate lists Lant as the registered agent, manager, and owner of Zurich Consulting, LLC.  Zurich Consulting, LLC's address is listed as Lant's home address in Cibolo, Texas.

According to financial information, Lant opened the bank account for Zurich Consulting, LLC (Bank of America account number 488130840493) on February 5, 2025, and closed it on March 6, 2025.  The financial records reveal numerous transactions from U.S. government accounts to the Zurich Consulting account.  Financial records reveal that from the Zurich Consulting account, Lant transferred a significant portion of the U.S. funds from the Zurich Consulting account to his own personal bank account.

On September 25, 2025, I interviewed the Deputy Director of IMCOM G9 for JBSA Fort Sam Houston.  According to accounting records provided by the Deputy Director, on February 6, 2025, Lant initiated 18 transfers of U.S. funds to his Zurich Consulting account totaling $510,000.  The Deputy Director stated Lant had no valid and lawful authorization to make these transactions to Zurich Consulting.  The Deputy Director stated that accounting records show that Lant took steps to provide false justifications for these transfers.

On September 25, 2025, I was provided an alert from U.S. Department of Homeland Security which showed that Lant purchased an international airline ticket, departing through

Atlanta, GA, to Paris, France. The flight is scheduled to leave the United States on September 25, 2025, at 10:00pm CST.

Based on the foregoing, I submit there is probable cause to believe that on or about February 6, 2025, within the Western District of Texas, Lant embezzled or stole any money, property, or thing of value belonging to the United States having an aggregate value of more than $1,000.

RAYOS.RAY.ARNOLD.JR.1634596697
Digitally signed by RAYOS.RAY.ARNOLD.JR.1634596697
Date: 2025.09.25 15:46:55 -05'00'

_____
Ray Rayos Jr.
Special Agent
Department of the Army Criminal Investigations Division


Subscribed and sworn before me the  26 th day of September 2025.

_____
HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE